# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                                  ) | CR 222-026-30 |
| ) | |
| BRITNEE V. HOUSTON,     ) | |
| ) | |
|     Defendant.            ) | |

## ORDER

Before the Court is Defendant Britnee Houston's motion to reduce her sentence "pursuant to 18 U.S.C. § 3742(e) post-sentencing rehabilitation." Dkt. No. 2584 at 1. Specifically, she seeks a sentence reduction because, while incarcerated, she has received twenty-three certificates. Id.

Defendant cites Pepper v. United States, 562 U.S. 476 (2011), in support of her motion. Dkt. No. 2584 at 1 (arguing she "could be considered for a reduction of sentence," because in Pepper the Court based its downward variance "on Pepper's lack of history of violence and [ ] post-sentencing rehabilitation"). However, Pepper held that evidence of post-sentencing rehabilitation is relevant and may support a downward variance "when a defendant's sentence has been set aside on appeal and his case remanded for resentencing." Id. at 490-91. Here, Defendant is not before the Court on remand for

resentencing. Therefore, 18 U.S.C. § 3742 and the Supreme Court's reasoning in Pepper are inapplicable. See, e.g., United States v. Damayo, No. 1:10cr190, 2015 WL 4092456 (N.D. Ga. July 6, 2015); United States v. Ramos, No. 6:01cr90, 2011 WL 2413463 (M.D. Fla. June 14, 2011).

Defendant does not identify any other statute or Federal Rule of Criminal Procedure by which this Court is "expressly permitted" to reduce her sentence, nor does she argue that her sentencing range has been subsequently lowered by the United States Sentencing Commission. See 18 U.S.C. §§ 3582(c)(1)(B), (c)(2). As such, she has not shown that she is entitled to a reduction of sentence. Therefore, Defendant's motion, dkt. no. 2584, is **DENIED**.

**SO ORDERED**, this 19 day of July, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA